

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAY SALAZAR, RICHARD A. NAJERA, JULIE REYNOLDS, GUILLERMO ACOSTA, OTHON MEDINA, AND JESUS B. OCHOA, JR., | § § § § | No. 08-13-00171-CV<br><br>Appeal from the |
| Appellants, | § | County Court at Law Number Six |
| v. | § | of El Paso County, Texas |
| JOYCE WILSON, IN HER PERSONAL CAPACITY AS CITY MANAGER OF EL PASO, TEXAS, STEVE ORTEGA, IN HIS PERSONAL CAPACITY AS REPRESENTATIVE DISTRICT 7, EL PASO, TEXAS, AND COURTNEY NILAND, IN HER PERSONAL CAPACITY AS REPRESENTATIVE DISTRICT 8, EL PASO, TEXAS, | § § § § § | (TC#2013-DCV-0099) |
| Appellees. | | |

## CONCURRING OPINION

I respectfully concur. While I tend to think that Appellants may have had standing to bring their claims for themselves and others, those claims certainly seem moot to me now. But I really write separately to register the Appellees' outside counsel's concession at oral argument that no attorney's fees or costs were being sought by the prevailing Appellees against the Appellants.

DAVID WELLINGTON CHEW, Senior Judge

May 14, 2014

Before Rivera, J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment